# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>NOTICE OF RELATED CASE INFORMATION</u>

**Case Number**  2024-2127

**Short Case Caption**  Slingshot Printing LLC v. Canon U.S.A., Inc.

**Filing Party/Entity**  Appellant Slingshot Printing LLC

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Slingshot Printing LLC v. Canon U.S.A., Inc. and Canon Solutions America, Inc., No. 2:22-cv-00123 (E.D.N.Y.)

☐     Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> N/A

☐     Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> FITCH, EVEN, TABIN & FLANNERY LLP ("Fitch Even"): Jacqueline L. Thompson; formerly with Fitch Even: Timothy P. Maloney, David A. Gosse, Brian P. Herrmann
>
> HECHT PARTNERS, LLP: David L. Hecht, Maxim Price
>
> MORGAN, LEWIS & BOCKIUS, LLP: Dion M. Bregman, Amanda S. Williamson, Jason E. Gettleman, Maria E. Doukas, Jitsuro Morishita
>
> DORF NELSON & ZAUDERER LLP: Grant A. Shehigian

☐     Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 08/07/2024

Signature: /s/Mark A. Borsos

Name: Mark A. Borsos